UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC POIROUX                                                          CIVIL ACTION

VERSUS                                                                NO. 17-4843

RANDY SMITH, SHERIFF, ET AL.                                          SECTION: "I"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 31st day of July, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE